



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 2:98-CR-14(1)** |
| | § | |
| **STEPHEN MARK ROUSSET** | | |

**MEMORANDUM ORDER ADOPTING**
**FINDINGS OF FACT AND RECOMMENDATION**

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11, the Magistrate Judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's doc. #49]. The Magistrate Judge recommended that the Court revoke Defendant's supervised release. The parties have not filed objections to the Magistrate's recommendation. The Court is of the opinion that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation* [Clerk's doc. #49] of the United States Magistrate Judge are **ADOPTED.** Accordingly, the Court finds that Defendant, Stephen Mark Rousset, violated conditions of his supervised release. The Court therefore revokes his term of supervision.

Pursuant to the Magistrate's recommendation, the Court **ORDERS** that Defendant serve a term of six (6) months imprisonment, with an additional thirty-six (36) month term of supervision upon release. Mr. Rousset is ordered to report to the United States Probation Office in the district of his release within seventy-two (72) hours of release from prison. The new term of supervision is subject to the standard and special conditions previously ordered by the undersigned, plus new conditions as reflected in the magistrate's report and the revocation judgment to be entered separately.

**SIGNED** this the 28 day of **June, 2005.**

_____
Thad Heartfield
United States District Judge